TXND 1434656

# United States District Court
## Northern District of Texas
### Dallas Division

FILED
2022 JUN 21  PM 4:26

DEPUTY CLERK __MS__

UNITED STATES OF AMERICA

V.

DEMONTRE ANTWON HACKWORTH

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:22-cr-00228-L-1

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest   DEMONTRE ANTWON HACKWORTH

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

■ Sealed Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with:

Dealing in Firearms without a License; False Statement During the Purchase of a Firearm

in violation of Title   18
United States Code, Section(s)
922(a)(1)(A), 923(a), and 924(a)(1)(D); 922(a)(6), 924(a)(2)

| | |
|---|---|
| Karen Mitchell, U.S. District Court Clerk | _/s/ Karen Mitchell_ |
| Name and Title of Issuing Officer | Signature of Issuing Officer |
| U.S. Magistrate Judge Renee Harris Toliver | 6/8/2022               Dallas, TX |
| Judge | Date                    Location |

s/ M. Arrington
(By) Deputy Clerk

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

2900 West Wheatland Road, Dallas, Texas 75237

| DATE RECEIVED 6/8/2022 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/10/2022 | Robert Gardner | _/signature/_ |

ATF