UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No: 3:22-CR-00228-L |
| | § | |
| DEMONTRE ANTWON HACKWORTH | § | |

# ORDER RESETTING TRIAL

Before the court is Defendant Demontre Antwon Hackworth's Unopposed Motion for Continuance of Trial and Pretrial Deadlines (Doc. 20), filed July 5, 2022. Upon consideration of the motion and the applicable law, and in accordance with the findings set forth below, the court determines that the motion should be and is hereby **granted**.

Defendant Hackworth requests at least a 90-day continuance because defense counsel needs additional time to review discovery and discuss the same with Defendant in order to effectively represent him. In accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the court finds that the ends of justice served by granting this motion for continuance outweigh the best interest of the public and Defendant in a speedy trial. In this regard, the court has considered factors indicating that its failure to grant this motion would deny counsel for Defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Therefore, any period of delay resulting from the court's granting the motion for continuance shall be excluded in computing the time within which the trial of this cause must commence under 18 U.S.C. § 3161.

Order Resetting Trial – Page  1

Accordingly, the current trial setting of August 22, 2022 is hereby **vacated**, and this case is **reset** for trial on **Tuesday, February 7, 2023,** at **9:00 a.m.**

The following revised scheduling order is issued for this case:

**Motion Deadline**: November 4, 2022, at 4:00 p.m.

**Motion Response Deadline**: November 18, 2022, at 4:00 p.m.

**Replies:**   No replies to any motion may be filed without leave of court.

**Trial Setting**: Tuesday, February 7, 2023, at 9:00 a.m.

**The court's response-to-motion deadline is the date listed only if the motion is filed on the motion deadline; otherwise, the response should be filed in accordance with the court's Local Rules of Criminal Procedure.**

All other portions of the court's original Criminal Trial Scheduling Order remain in effect.

**It is so ordered** this 8th day of July, 2022.

_____
Sam A. Lindsay
United States District Judge